# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

In re: PLANET MERCHANT PROCESSING, INC.    §    Case No. 16-81243
§
§
Debtor(s)    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS D. STALNAKER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $77,746.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $326,095.16    Claims Discharged
Without Payment: $28,095,757.25

Total Expenses of Administration: $215,204.84

3) Total gross receipts of $ 541,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $541,300.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 72,352.03 | 72,352.03 | 72,352.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 142,852.81 | 142,852.81 | 142,852.81 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 32,098.17 | 32,098.17 | 32,098.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 29,908,658.41 | 28,389,754.24 | 293,996.99 |
| **TOTAL DISBURSEMENTS** | $0.00 | $30,155,961.42 | $28,637,057.25 | $541,300.00 |

    4) This case was originally filed under Chapter 7 on August 17, 2016. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2018          By: /s/THOMAS D. STALNAKER, TRUSTEE
                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 11,900.00 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 10,000.00 |
| LICENSES, FRANCHISES, OTHER GENERAL INTANGIBLES | 1129-000 | 500,000.00 |
| FUNDS FROM CLOSED D-I-P BANK ACCOUNT | 1290-010 | 19,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$541,300.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS D. STALNAKER, TRUSTEE | 2100-000 | N/A | 30,315.00 | 30,315.00 | 30,315.00 |
| Trustee Expenses - THOMAS D. STALNAKER, TRUSTEE | 2200-000 | N/A | 155.60 | 155.60 | 155.60 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - U.S. Trustee Office (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.74 | 16.74 | 16.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.51 | 30.51 | 30.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 41.95 | 41.95 | 41.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.38 | 49.38 | 49.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 44.82 | 44.82 | 44.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 43.26 | 43.26 | 43.26 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.48 | 9.48 | 9.48 |
| Attorney for Trustee Fees (Trustee Firm) - STALNAKER BECKER & BURESH, PC | 3110-000 | N/A | 15,796.50 | 15,796.50 | 15,796.50 |
| Attorney for Trustee Expenses (Trustee Firm) - STALNAKER BECKER & BURESH, PC | 3120-000 | N/A | 547.91 | 547.91 | 547.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.48 | 33.48 | 33.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.41 | 20.41 | 20.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.44 | 70.44 | 70.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 438.11 | 438.11 | 438.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 714.88 | 714.88 | 714.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 812.36 | 812.36 | 812.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 688.18 | 688.18 | 688.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 736.35 | 736.35 | 736.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 628.59 | 628.59 | 628.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 581.86 | 581.86 | 581.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 510.47 | 510.47 | 510.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 566.33 | 566.33 | 566.33 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 155.67 | 155.67 | 155.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 558.87 | 558.87 | 558.87 |
| Attorney for Trustee Fees (Trustee Firm) - STALNAKER BECKER & BURESH, PC | 3110-000 | N/A | 17,361.70 | 17,361.70 | 17,361.70 |
| Attorney for Trustee Expenses (Trustee Firm) - STALNAKER BECKER & BURESH, PC | 3120-000 | N/A | 1,098.18 | 1,098.18 | 1,098.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$72,352.03** | **$72,352.03** | **$72,352.03** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| McGill, Gotsdiner, Workman & Lepp, P.C., L.L.O. | 6210-000 | N/A | 97,784.95 | 97,784.95 | 97,784.95 |
| Perry, Guthery, Haase & Gessford, PC, LLO | 6700-100 | N/A | 44,572.86 | 44,572.86 | 44,572.86 |

**UST Form 101-7-TDR (10/1/2010)**

| Claimant | Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Perry, Guthery, Haase & Gessford, PC, LLO | 6700-100 | N/A | 495.00 | 495.00 | 495.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$142,852.81** | **$142,852.81** | **$142,852.81** |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10P-2 | Nebraska Department of Revenue | 5800-000 | N/A | 32,098.17 | 32,098.17 | 32,098.17 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$32,098.17** | **$32,098.17** | **$32,098.17** |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Planet Group, Inc. | 7100-000 | N/A | 12,370,928.30 | 12,370,928.30 | 128,110.15 |
| 2 | First American Payment Systems, LP | 7100-000 | N/A | 2,076,671.48 | 2,076,671.48 | 21,505.48 |
| 3 | TransFirst, LLC | 7100-000 | N/A | 1,518,904.17 | 0.00 | 0.00 |
| 4 | Worldpay US, Inc. | 7100-000 | N/A | 393,649.81 | 393,649.81 | 4,076.54 |
| 5 | Merchant Services, Inc. | 7100-000 | N/A | 12,011,142.06 | 12,011,142.06 | 124,384.29 |
| 7 | Merchant Services, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 8 | TSYS | 7100-000 | N/A | 1,530,651.77 | 1,530,651.77 | 15,851.03 |
| 10U-2 | Nebraska Department of Revenue | 7100-000 | N/A | 6,710.82 | 6,710.82 | 69.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$0.00** | **$29,908,658.41** | **$28,389,754.24** | **$293,996.99** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-81243
**Case Name:** PLANET MERCHANT PROCESSING, INC.

**Period Ending:** 12/14/18

**Trustee:** (470060) THOMAS D. STALNAKER, TRUSTEE
**Filed (f) or Converted (c):** 02/07/17 (c)
**§341(a) Meeting Date:** 03/02/17
**Claims Bar Date:** 05/31/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT FIVE POINTS BANK | 55,696.00 | 0.00 | | 0.00 | FA |
| 2 | PREPAYMENT FROM DELL MARKETING, LP | 22,050.00 | 0.00 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE | 409,856.00 | 11,900.00 | | 11,900.00 | FA |
| 4 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 296,399.00 | 0.00 | | 10,000.00 | FA |
| 5 | LICENSES, FRANCHISES, OTHER GENERAL INTANGIBLES | Unknown | Unknown | | 500,000.00 | FA |
| 6 | FUNDS FROM CLOSED D-I-P BANK ACCOUNT  (u) | 0.00 | 0.00 | | 19,400.00 | FA |
| 6 | **Assets   Totals** (Excluding unknown values) | **$784,001.00** | **$11,900.00** | | **$541,300.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

NO FINAL REPORT DONE BY DEBTOR-IN-POSSESSION IN CHAPTER 11 CASE.

Special Counsel recommended no further action.  Motions to Sell Free and Clear and to Approve Bidding Procedure approved and sale concluded.  Adversary proceeding against Kim Geiken and EVO is dismissed.

$10,000 remains unpaid for sale of assets to EVO,  EVO disputes that amount is owed.  Trustee and Planet Group have entered into a Settlement offsetting Trustee's claim for preferential transfer against Planet Group's administrative expense claim.  Deadline for objections is 7/24/18.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2018          **Current Projected Date Of Final Report (TFR):**     September 20, 2018  (Actual)

Printed: 12/14/2018 11:36 AM     V.14.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-81243  
**Case Name:** PLANET MERCHANT PROCESSING, INC.  
**Taxpayer ID #:** **-***4919  
**Period Ending:** 12/14/18  

**Trustee:** THOMAS D. STALNAKER, TRUSTEE (470060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $54,523,076.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/17 | {6} | PLANET MERCHANT PROCESSING, INC. | FUNDS FROM CLOSED D-I-P BANK ACCOUNT | 1290-010 | 19,400.00 | | 19,400.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.74 | 19,383.26 |
| 03/27/17 | {3} | EVO | ACCOUNTS RECEIVABLE | 1121-000 | 11,900.00 | | 31,283.26 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.51 | 31,252.75 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.95 | 31,210.80 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.38 | 31,161.42 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.82 | 31,116.60 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.26 | 31,073.34 |
| 08/07/17 | 101 | INTERNATIONAL SURETIES, LTD. | BLANKET BOND PREMIUM (016070909) | 2300-000 | | 9.48 | 31,063.86 |
| 08/08/17 | 102 | STALNAKER BECKER & BURESH, PC | FEES AS ATTORNEYS FOR TRUSTEE PER ORDER NO. 290 | 3110-000 | | 15,796.50 | 15,267.36 |
| 08/08/17 | 103 | STALNAKER BECKER & BURESH, PC | EXPENSES AS ATTORNEYS FOR TRUSTEE PER ORDER NO. 290 | 3120-000 | | 547.91 | 14,719.45 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.48 | 14,685.97 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.41 | 14,665.56 |
| 10/26/17 | {5} | EVO MERCHANT SERVICES LLC/DBTCO AMERICAS NYC | WIRE TRANSFER OF AUCTION PROCEEDS | 1129-000 | 200,000.00 | | 214,665.56 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.44 | 214,595.12 |
| 11/21/17 | {5} | EVO MERCHANT SERVICES LLC/DBTCO AMERICAS NYC | WIRE TRANSFER OF AUCTION PROCEEDS | 1129-000 | 300,000.00 | | 514,595.12 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 438.11 | 514,157.01 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 714.88 | 513,442.13 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 812.36 | 512,629.77 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 688.18 | 511,941.59 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 736.35 | 511,205.24 |
| 04/11/18 | 104 | McGill, Gotsdiner, Workman & Lepp, PC, LLO | Allowed Fees as Attorney for Debtor per Order #272 | 6210-000 | | 97,784.95 | 413,420.29 |
| 04/11/18 | 105 | Perry, Guthery, Haase & Gessford, PC, LLO | Allowed Fees as Attorney for Creditors Committee Per Order #244 | 6700-100 | | 44,572.86 | 368,847.43 |
| 04/11/18 | 106 | Perry, Guthery, Haase & Gessford, PC, LLO | Allowed Expenses as Attorney for Creditors Committee Per Order #244 | 6700-100 | | 495.00 | 368,352.43 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 628.59 | 367,723.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 581.86 | 367,141.98 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 510.47 | 366,631.51 |
| 07/23/18 | {4} | EVO MERCHANT SERVICES | WIRE TRANSFER | 1129-000 | 10,000.00 | | 376,631.51 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 566.33 | 376,065.18 |

Subtotals : $541,300.00   $165,234.82

{} Asset reference(s)

Printed: 12/14/2018 11:36 AM   V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-81243  
**Case Name:** PLANET MERCHANT PROCESSING, INC.  
**Taxpayer ID #:** **-***4919  
**Period Ending:** 12/14/18

**Trustee:** THOMAS D. STALNAKER, TRUSTEE (470060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7266 - Checking Account  
**Blanket Bond:** $54,523,076.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/15/18 | 107 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENT - #016070909 | 2300-000 | | 155.67 | 375,909.51 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 558.87 | 375,350.64 |
| 09/04/18 | 108 | STALNAKER BECKER & BURESH, PC | FEES AS ATTORNEYS FOR TRUSTEE PER ORDER NO. #334 | 3110-000 | | 17,361.70 | 357,988.94 |
| 09/04/18 | 109 | STALNAKER BECKER & BURESH, PC | EXPENSES AS ATTORNEYS FOR TRUSTEE PER ORDER NO. #334 | 3120-000 | | 1,098.18 | 356,890.76 |
| 10/16/18 | 110 | THOMAS D. STALNAKER, TRUSTEE | Dividend paid 100.00% on $30,315.00, Trustee Compensation; Reference: | 2100-000 | | 30,315.00 | 326,575.76 |
| 10/16/18 | 111 | THOMAS D. STALNAKER, TRUSTEE | Dividend paid 100.00% on $155.60, Trustee Expenses; Reference: | 2200-000 | | 155.60 | 326,420.16 |
| 10/16/18 | 112 | U.S. Trustee Office (ADMINISTRATIVE) | Dividend paid 100.00% on $325.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 325.00 | 326,095.16 |
| 10/16/18 | 113 | Nebraska Department of Revenue | Dividend paid 100.00% on $32,098.17; Claim# 10P-2; Filed: $32,098.17; Reference: | 5800-000 | | 32,098.17 | 293,996.99 |
| 10/16/18 | 114 | Planet Group, Inc. | Dividend paid 1.03% on $12,370,928.30; Claim# 1; Filed: $12,370,928.30; Reference: | 7100-000 | | 128,110.15 | 165,886.84 |
| 10/16/18 | 115 | First American Payment Systems, LP | Dividend paid 1.03% on $2,076,671.48; Claim# 2; Filed: $2,076,671.48; Reference: | 7100-000 | | 21,505.48 | 144,381.36 |
| 10/16/18 | 116 | Worldpay US, Inc. | Dividend paid 1.03% on $393,649.81; Claim# 4; Filed: $393,649.81; Reference: | 7100-000 | | 4,076.54 | 140,304.82 |
| 10/16/18 | 117 | Merchant Services, Inc. | Dividend paid 1.03% on $12,011,142.06; Claim# 5; Filed: $12,011,142.06; Reference: | 7100-000 | | 124,384.29 | 15,920.53 |
| 10/16/18 | 118 | TSYS | Dividend paid 1.03% on $1,530,651.77; Claim# 8; Filed: $1,530,651.77; Reference: | 7100-000 | | 15,851.03 | 69.50 |
| 10/16/18 | 119 | Nebraska Department of Revenue | Dividend paid 1.03% on $6,710.82; Claim# 10U-2; Filed: $6,710.82; Reference: | 7100-000 | | 69.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 541,300.00 | 541,300.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 541,300.00 | 541,300.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$541,300.00** | **$541,300.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 16-81243 | | Trustee: | THOMAS D. STALNAKER, TRUSTEE (470060) |
|---|---|---|---|---|
| Case Name: | PLANET MERCHANT PROCESSING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***4919 | | Blanket Bond: | $54,523,076.00  (per case limit) |
| Period Ending: | 12/14/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts : | 541,300.00 |
|---|---|---|
|  | Net Estate : | $541,300.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7266 | 541,300.00 | 541,300.00 | 0.00 |
|  | $541,300.00 | $541,300.00 | $0.00 |

{} Asset reference(s)

Printed: 12/14/2018 11:36 AM    V.14.14